No. 95–7053.  MOSBY, AKA MUHAYMIN v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 95–7055.  MENDOZA-FIGUEROA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–7060.  NICOLAISON v. ERICKSON.  C. A. 8th Cir.  Certiorari denied.

No. 95–7064.  BROOKS v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 95–7069.  QUEEN v. KLEVENHAGEN, SHERIFF, HARRIS COUNTY, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 95–7075.  MURPHY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 95–7077.  CLUCK v. OSHEROW (two judgments).  C. A. 5th Cir.  Certiorari denied.

No. 95–7078.  BRAUN v. WILLARD.  Ct. App. Kan.  Certiorari denied.

No. 95–7080.  BAKER v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 95–7082.  SQUIRE v. CASEY, GERRY, CASEY, WESTBROOK, REED AND HUGHES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–7083.  BLACKSTON v. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–7087.  GEORGE v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 95–7094.  HOLLINESS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 95–7096.  WYNN v. AC ROCHESTER, DIVISION OF GENERAL MOTORS CORP.  C. A. 2d Cir.  Certiorari denied.